174 A.3d 515

KATHLEEN LEGGETTE, PLAINTIFF-PETITIONER, v. GOVERN-
MENT EMPLOYEES INSURANCE COMPANY ("GEICO"), DE-
FENDANT-RESPONDENT, AND DERICK HARRIS, DEFEN-
DANT.

C–110 September Term 2017
079620

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001911–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.